UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

4 : CR 16- 136

: CRIMINAL NO.

v.

: VIO: 21 : U.S.C. §§871;
:    115(a)(1)
:
: Judge Mariani

DAKOTA GARDNER

**INDICTMENT**

FILED
WILLIAMSPORT

MAY **26** 2016

PER _____

DEPUTY CLERK

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Threats Against the President**
**18 U.S.C. § 871**

On or about September 18, 2015, at the United States Penitentiary,

Allenwood Federal Correctional Complex, in White Deer, Union County,

Pennsylvania, a place within the special maritime and territorial

jurisdiction of the United States, and within the Middle District of

Pennsylvania, the defendant,

DAKOTA GARDNER,

an inmate at said correctional facility, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States.   All in violation of Title 18, United States Code, Section 871(a).

## THE GRAND JURY FURTHER CHARGES:

### COUNT TWO
### Threatening a Federal Official
### 18 U.S.C. § 115(a)(1)(B)

On or about the September 18, 2015, at the United States Penitentiary, Allenwood Federal Correctional Complex, in White Deer, Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

### DAKOTA GARDNER,

an inmate at said correctional facility, did knowingly and intentionally threaten to torture and murder C.N., an Assistant United States Attorney with intent to impede, intimidate, and interfere with C.N. while engaged in the performance of her official duties, and with intent

to retaliate against C.N. on account of the performance of her official duties. All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

## THE GRAND JURY FURTHER CHARGES:

### COUNT THREE
### Threatening the Family of a Federal Official
### 18 U.S.C. § 115(a)(1)(A)

On or about the September 18, 2015, at the United States Penitentiary, Allenwood Federal Correctional Complex, in White Deer, Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

### DAKOTA GARDNER,

an inmate at said correctional facility, did knowingly threaten to murder the family of C.N., an Assistant United States Attorney with intent to impede, intimidate, and interfere with C.N. while engaged in the performance of her official duties, and with intent to retaliate against C.N. on account of the performance of her official duties. All in violation of Title 18, United States Code, Section 115(a)(1)(A) and (b)(4).

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR
### Threats Against the President
### 18 U.S.C. § 871

On or about March 29, 2016, at the United States Penitentiary, Allenwood Federal Correctional Complex, in White Deer, Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

## DAKOTA GARDNER,

an inmate at said correctional facility, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States.   All in violation of Title 18, United States Code, Section 871(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT FIVE
### Threatening a Federal Official
### 18 U.S.C. § 115(a)(1)(B)

On or about the March 29, 2016 at the United States Penitentiary, Allenwood Federal Correctional Complex, in White Deer, Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

### DAKOTA GARDNER,

an inmate at said correctional facility, did knowingly and intentionally threaten to torture and kidnap and murder C.N., an Assistant United States Attorney with intent to impede, intimidate, and interfere with C.N. while engaged in the performance of her official duties, and with intent to retaliate against C.N. on account of the performance of her official duties.   All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

## THE GRAND JURY FURTHER CHARGES:

## COUNT SIX
### Threatening the Family of a Federal Official
### 18 U.S.C. § 115(a)(1)(A)

On or about the March 29, 2016, at the United States Penitentiary, Allenwood Federal Correctional Complex, in White Deer, Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

## DAKOTA GARDNER,

an inmate at said correctional facility, did knowingly threaten to kidnap, murder, and torture the family of C.N., an Assistant United States Attorney with intent to impede, intimidate, and interfere with C.N. while engaged in the performance of her official duties, and with intent to retaliate against C.N. on account of the performance of her official

6

duties.    All in violation of Title 18, United States Code, Section
115(a)(1)(A) and (b)(4).


A TRUE BILL